| | | |
|---|---|---|
| People v Alexander | App Div, 4th Dept, 4/20/17 (Oneida) | dismissed 7/28/17 (Wilson, J.) |
| People v Arce | 3d Dept: 150 AD3d 1403 (Tompkins) | denied 7/24/17 (DiFiore, Ch. J.) |
| People v Banks | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Barrett | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Big Man | App Div, 3d Dept: 2017 NY Slip Op 73671(U) (Montgomery) | dismissed 7/24/17 (DiFiore, Ch. J.) |
| People v Blake | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Bond | 3d Dept: 145 AD3d 1323 (St. Lawrence) | denied 7/31/17 (Fahey, J.) |
| People v Bonneau | 2d Dept: 147 AD3d 1076 (Rockland) | denied 7/26/17 (Fahey, J.) |
| People v Boyd | App Div, 1st Dept: 2017 NY Slip Op 72242(U) (NY) | denied 7/28/17 (Wilson, J.) |
| People v Brown (Michael) | 4th Dept: 148 AD3d 1547 (Monroe) | denied 7/25/17 (Rivera, J.) |
| People v Brown (Walter) | App Div, 4th Dept, 4/17/17 (Onondaga) | dismissed 7/24/17 (DiFiore, Ch. J.) |
| People v Butler | 4th Dept: 148 AD3d 1540 (Genesee) | denied 7/10/17 (DiFiore, Ch. J.) |
| People v Byng (Kevin) | 4th Dept: 148 AD3d 1752 (Oneida) | denied 7/5/17 (Stein, J.) (Appeal No. 1) |
| People v Byng (Kevin) | 4th Dept: 148 AD3d 1753 (Oneida) | denied 7/5/17 (Stein, J.) (Appeal No. 2) |
| People v Cahill | 4th Dept: 148 AD3d 1724 (Onondaga) | denied 7/27/17 (DiFiore, Ch. J.) |
| People v Carmona | 1st Dept: 149 AD3d 670 (NY) | denied 7/7/17 (Rivera, J.) |
| People v Carney | App Div, 4th Dept, 4/10/17 (Erie) | dismissed 7/10/17 (Stein, J.) |
| People v Carter | App Div, 2d Dept: 2017 NY Slip Op 69983(U) (Orange) | dismissed 7/26/17 (Fahey, J.) |
| People v Castro | 2d Dept: 149 AD3d 862 (Kings) | denied* 7/27/17 (Fahey, J.) |
| People v Celi | 4th Dept: 149 AD3d 1548 (Oswego) | denied 7/5/17 (Stein, J.) |
| People v Coke | App Div, 4th Dept, 5/10/17 (Niagara) | dismissed 7/20/17 (Rivera, J.) |
| People v Costello (Mario) | App Div, 2d Dept: 2017 NY Slip Op 68557(U) (Queens) | dismissed 7/7/17 (Rivera, J.) |
| People v Costello (Mario) | 2d Dept: 148 AD3d 1180 (Queens) | denied 7/7/17 (Rivera, J.) |

---

* Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Austin* (134 AD3d 559 [2015], *lv granted* 2016 NY Slip Op 63709[U] [1st Dept 2016]).